**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION**

MORGAN & MORGAN, P.A. et al.,

Plaintiffs,

v. CASE NO. 4:26cv405-RH-MAF

THE FLORIDA BAR et al.,

Defendants.

_________________________________/

**ORDER ON PRELIMINARY-INJUNCTION PROCEDURES**

In addition to the matters required by the initial scheduling order, ECF No. 12, the parties' Federal Rule of Civil Procedure 26(f) report must address the schedule for briefing the motion for a preliminary injunction and related procedural and substantive issues, including the need for and scheduling of an evidentiary hearing or oral argument. The parties may consult with the courtroom deputy clerk on the availability of hearing dates.

SO ORDERED on October 29, 2026.

s/Robert L. Hinkle
United States District Judge